No. 1026.   RUBEN v. WELCH, SUPERINTENDENT.   June 9, 1947.

No. 1096.   SMITH v. JEFFERSON COUNTY ET AL.   June 9, 1947.   330 U. S. 808.

No. 1106.   ARNSTEIN v. PORTER.   June 9, 1947.   330 U. S. 851.

No. 1127.   AMAYA ET AL. v. STANOLIND OIL & GAS CO. ET AL.   June 9, 1947.

No. 1128.   HEFLER ET AL. v. UNITED STATES.   June 9, 1947.

No. 1133.   BENNION v. NEW YORK LIFE INSURANCE CO.   June 9, 1947.

No. 1138.   HENSLEY v. UNITED STATES.   June 9, 1947.

No. 1142.   SMALL v. NEW YORK.   June 9, 1947.

No. 1233.   WILKERSON v. ILLINOIS.   June 9, 1947.

No. 127, Misc.   EX PARTE LEWIS ET AL.   June 9, 1947. Leave to file a second petition for rehearing is denied.

No. 34.   HARRIS v. UNITED STATES.   June 9, 1947.